1  Scott A. Brown, SBN 177099
   BROWN | POORE LLP
2  3100 Oak Drive, Suite 100
   Walnut Creek, California 94597
3  Telephone:   (925) 943-1166
   sbrown@bplegalgroup.com
4
   Attorneys for Plaintiffs
5  SHARI SEHLHORST,
   DAN SEHLHORST
6
   Emily Burkhardt Vicente
7  Hunton Andrews Kurth LLP
   550 South Hope Street, Suite 2000
8  Los Angeles, CA 90071
   Telephone:   (213) 532-2000
9  ebvicente@hunton.com

10 Attorneys for Defendants
   SEA WORLD PARKS & ENTERTAINMENT, INC.,
11 SEA WORLD LLC

12

13                   UNITED STATES DISTRICT COURT
14
                     SOUTHERN DISTRICT OF CALIFORNIA
15

16
   SHARI SEHLHORST, DAN SEHLHORST     | Case No. 21-CV-1670 BEN (WVG)
17
                Plaintiffs,            | JOINT STIPULATION AND ORDER FOR
18                                     | DISMISSAL WITH PREJUDICE

19 v.

20
   SEA WORLD PARKS &
21 ENTERTAINMENT, INC.; SEA WORLD,
   LLC dba SEA WORLD SAN DIEGO or dba
22 AQUATICA SAN DIEGO; and DOES 1
   through 10, inclusive,
23
                Defendants.
24

25

26

27

28
                                        -1-
                JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE
                SEHLHORST v. SEAWORLD PARKS & ENTERTAINMENT, INC. ET AL

1  The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil
2  Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed
3  by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims
4  stated herein against all parties, with each party to bear its own attorney's fees and costs.

Dated: February 10, 2022          BROWN | POORE LLP

By: /s/ Scott A. Brown
Scott A. Brown
Attorneys for Plaintiffs
(as authorized on February __, 2022)

Dated: February 16, 2022          HUNTON ANDREWS KURTH LLP

By: s/ Emily Burkhardt Vicente
Emily Burkhardt Vicente
Attorneys for Defendants
(as authorized on February __, 2022)